# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kawada Co., Ltd.

Plaintiff,

v.

Case No.:<br>1:19–cv–06838<br>Honorable John<br>Z. Lee

The Individuals, Corporations, Limited Liability
Companies, Partnerships and Unincorporated Associations
Identified on Schedule A Hereto

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2019:

      MINUTE entry before the Honorable John Z. Lee:Status and motion hearing held on 12/18/19. For the reasons stated on the record, Contextlogic's motion to intervene [41] is granted, and its objections to the proposed preliminary injunction order is denied. Pursuant to Plaintiff's notice of dismissal [64] Defendants No. 71, 258, 375 are dismissed with prejudice with each side to bear its own attorney's fees and costs. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.